# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0159.  KEVIN JAMES v. MELANIE JAMES.

Kevin James filed this application for discretionary appeal from an order denying his motion to recuse the trial judge from post-divorce contempt and modification proceedings.[1]  We, however, lack jurisdiction.

An order denying a motion to recuse is interlocutory.  *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013).  In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review.  OCGA § 5-6-34 (b).  Although Kevin James filed a discretionary application, "[t]he discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)."  *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).  Kevin James's failure to follow the proper appellate procedure deprives us of jurisdiction to consider this application.[2]  See *Warringer v. Warringer*, 204 Ga. App. 86, 86 (418 SE2d 446) (1992).  Accordingly, his application is hereby DISMISSED.

---

[1] Kevin James originally filed his application in the Georgia Supreme Court, which transferred the matter to this Court.  See Case No. S17D0316 (decided October 12, 2016).

[2] Orders denying motions to recuse may be reviewed after the entry of final judgment, as part of the appeal from final judgment.  See OCGA § 5-6-34 (d); *Murphy*, supra at 830-832.  Here, Kevin James's application was predicated on the trial court's order denying his recusal motion, and it appears the case remained pending when he filed his application.  See *Warringer*, supra at 86.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,*‗‗‗‗‗ 11/14/2016 ‗‗‗‗‗

 *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗ *, Clerk.*